[No. 27983-9-III.   Division Three.   June 10, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC EUGENE EVENSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01278-7, Gregory D. Sypolt, J., entered April 6, 2009. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 62164-5-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD A. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-01372-8, Bruce I. Weiss, J., entered November 7, 2008. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Leach, A.C.J., and Appelwick, J.

[No. 61217-4-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE J. ESQUIBEL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-03490-5, Michael T. Downes, J., entered January 30, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, C.J., and Cox, J.

[Nos. 62706-6-I; 63904-8-I.   Division One.   June 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. BRANDON RASHAD SULLIVAN, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 07-1-05961-6, Christopher A. Washington, J., entered November 17, 2008. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Appelwick, J., concurred in by Becker and Lau, JJ.